McGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
JOHN S. GATSCHET
Certified Law Student
501 "I" Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2807

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PARMINDER GILL, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Cr. No. S-06-0038-GGH <br><br> STIPULATION AND ORDER <br><br> DATE: April 24, 2006 <br> TIME: 9:00 a.m. <br> JUDGE: Gregory G. Hollows |

The defendant, through her undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that the trial confirmation hearing currently scheduled for Monday, April 10, 2006 should be continued to April 24, 2006 at 9:00 a.m., in light of the defendant's need to retain a new lawyer, and the delay in new defense counsel receiving the discovery from former counsel, to allow counsel sufficient time to review the discovery and prepare the case.  Furthermore, the parties agree that the jury trial date currently set for May 1, 2006, should be continued to June 19, 2006, which is the next available date when both the Court and counsel can attend and be prepared to try the case.

The defendant, through her undersigned counsel, and the United States, through its undersigned counsel, further agree and stipulate that the interests of the defendant and the public in a speedy trial are outweighed in this case by the need for sufficient time for counsel to obtain and review the discovery, and to prepare for trial. The parties further stipulate that the ends of justice are met by excluding time for the reasons stated above.

Accordingly, both sides agree that time should be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) until and including the new trial date, June 19, 2006.

Dated: March 21, 2006

                                      McGREGOR W. SCOTT
                                      United States Attorney

                                    By:/s/ Matthew C. Stegman
                                        MATTHEW STEGMAN
                                        Assistant U.S. Attorney

Dated: March 21, 2006

                                      PARMINDER GILL
                                      Defendant

                                    By:/s/ Suzanne A. Luban
                                        SUZANNE A. LUBAN
                                        Counsel for Defendant

ORDER

FOR GOOD CAUSE SHOWN and for the reasons stated above, I find that counsel needs additional time to obtain the discovery and to prepare. I find that the ends of justice warrant an

1  exclusion of time, and that the defendant's need to prepare
2  exceeds the interests of the public and the defendant in a trial
3  within 70 days.  Time is excluded under the Speedy Trial Act, 18
4  U.S.C. § 3161(h)(8)(B)(iv) for the reasons stated above, until
5  the new trial date, June 19, 2006. IT IS SO ORDERED.
6  Dated: 3/22/06

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
U.S. Magistrate Judge

10  gill.ord